Ruby Cannon Jennings and her husband, Will Jennings, Appellants, v. Henry Cannon, Appellee.

An Appeal from the Circuit Court for Marion County.

Appeal dismissed for failure of Appellants to prosecute.

*T. S. Trantham* and *L. E. Futch,* for Appellants.

---

Round Hill Securities Company, a corporation, Appellant, v. Seminole Fruit & Land Company, a corporation, and Others, Appellees.

An Appeal from the Circuit Court for Dade County.

Appeal dismissed on motion of counsel for Appellees.

*Twyman, Scott & McCarthy,* for Appellants;

*A. B. & C. C. Small* and *Price, Price & Neeley,* for Appellees.

---

P. M. Beacom and Bonnie M. Beacom, his wife, Appellants, v. The Montray Corporation, a corporation, Appellee.

An Appeal from the Circuit Court for Dade County.

Appeal dismissed on motion of counsel for Appellants.

*Brown & Stokes,* for Appellants;

*Fred Botts,* for Appellee.